ALBERT T. PORTER, Respondent, *v.* THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, Appellant.

*Porter* v. *Prudential Ins. Co. of America,* 63 App. Div. 619, appeal dismissed.

(Argued September 30, 1901; decided October 4, 1901.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered August 7, 1901, affirming a judgment in

favor of plaintiff entered upon a decision of the court at a Trial-Term without a jury.

The motion was made upon the ground that the judgment of affirmance was unanimous and not appealable to the Court of Appeals.

*Lewis E. Carr* for motion.

*Wm. O. Campbell* opposed.

Motion granted and appeal dismissed, with costs.